IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WILLIAM E. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 121-110 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| VETERANS AFFAIRS and ) | |
| STATE FARM BANK d/b/a State ) | |
| Farm Mutual "Good Neighbor" ) | |
| Automobile Insurance Company, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) The Magistrate Judge recommended dismissal of the case without prejudice because Plaintiff failed to timely effect service of process and effectively abandoned the case. (See doc. no. 7.) In his objections, Plaintiff argues the merits of his case but also concedes he has "not yet served Complaints upon the Defendants. . . ." (Doc. no. 9, p. 9.) The Magistrate Judge did not address the merits of Plaintiff's case, but instead recommended dismissal based on the failure to timely effect service of process. Plaintiff concedes the point, and dismissal is therefore appropriate.

Accordingly, the Court **OVERRULES** all of Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's

complaint without prejudice based on the failure to timely effect service, and **CLOSES** this civil action.

SO ORDERED this 6th day of January, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA