AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM E. BELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 121-110

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and STATE FARM BANK d/b/a State Farm Mutual "Good Neighbor: Automobile Insurance Company,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 6, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion and all of Plaintiff's objections are overruled; therefore, Plaintiff's Complaint is dismissed without prejudice based on the failure to timely effect service. This case stands closed.



01/06/2022
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Sabalza*
(By) Deputy Clerk

GAS Rev 10/2020